HARRY DVORKEN, TRUSTEE, *ETC.*, PLAINTIFF - PETI-
TIONER, v. BARBARA BARRETT, *ET AL.*, DEFENDANTS-
RESPONDENTS.

*Mr. Harry Dvorken* for the petitioner.

*Mr. Peter A. Benz* for the respondents.

May 28, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JAMES P. DORTA, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Miss Cynthia M. Jacob* for the
petitioner.

*Mr. Michael R. Imbriani* and *Mr. S. Philip Klein* for the
respondent.

May 28, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MARCUS LEON HAYES, DEFENDANT-PETITIONER.

*Mr. Donald J. Crecca* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respon-
dent.

May 28, 1968. Denied.